# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## BRUNSWICK DIVISION

2001 FEB -8  P 12: 40

LYNN GLASS, ETAL    )
           )
           )
           )
   v.       )   Case No.  CV206-85
           )
HONEYWELL INTERNATIONAL,INC. )
*formerly known as* ALLIEDSIGNAL,INC. and )
*formerly known as* ALLIED CHEMICAL CORP)

## ORDER

Upon consideration of the following motions with the appropriate pleading

numbers listed, said motions are dismissed as moot in view of a settlement between

the parties.

  Motion for Partial Summary Judgment # 7.

  Motion for Judgment on the Pleadings # 9.

SO ORDERED this _8th_ day of _February_, 2007.

_____

ANTHONY A. ALAIMO

UNITED STATES DISTRICT JUDGE

SOUTHERN DISTRICT OF GEORGIA